IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RYAN YOUNG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:17-cv-0580-WTL-TAB |
| | ) |
| PEPSICO D/B/A GATORADE, | ) |
| | ) |
| Defendant. | ) |

**<u>NOTICE OF PROOF OF SERVICE</u>**

Comes now Plaintiff Ryan Young, by counsel, Michelle Smith Scott, and hereby files his *Notice of Proof of Service* to Defendant PepsiCo d/b/a Gatorade in the above-captioned matter.

Respectfully submitted,

By: __/s/ Michelle Smith Scott_____ _____
Michelle Smith Scott, Atty. ID #18983-49A
120 E. Market St., Suite 305
Indianapolis, IN 46204
Email: msmithscott@aol.com
Telephone:  (317) 371-3667
Facsimile:  (317) 376-7043

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing *Notice of Proof of Service,* has been served by U.S. Mail, postage prepaid, this 10th day of March, 2017, upon:

>PepsiCo d/b/a Gatorade
>5858 Decatur Blvd.
>Indianapolis, IN 46241

        /s/ Michelle Smith Scott
        Michelle Smith Scott, Esq.

Michelle Smith Scott
120 E. Market St., Suite 305
Indianapolis, IN 46204
Email: msmithscott@aol.com
Telephone:  (317) 371-3667
Facsimile:  (317) 376-7043