AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    PEPSICO D/B/A GATORADE

was received by me on *(date)*            03/08/17            .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  SUMMONS SERVED BY USPS, CERTIFIED MAIL, TRACKING #70161370000113932000

My fees are $     N/A     for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date:        03/10/17

                                                            /s/ Michelle Smith Scott
                                                            *Server's signature*

                                                    Michelle Smith Scott, Attorney at Law
                                                            *Printed name and title*

                                            120 E. Market St., Suite 305, Indianapolis, IN, 46204
                                                            *Server's address*

Additional information regarding attempted service, etc:



```
            ============================
               INDIANAPOLIS
               125 W SOUTH ST
               INDIANAPOLIS
                    IN
                  46206-9998
  03/08/2017       1750870001
            ============================
                 (800)275-8777      4:48 PM
            ============================
     Product
     Description           Sale        Final
                           Qty         Price
  First-Class
  Mail                      1          $1.40
  Large Envelope
     (Domestic)
     (INDIANAPOLIS, IN  46241)
     (Weight:0 Lb 2.90 Oz)
     (Expected Delivery Day)
     (Friday 03/10/2017)
  Certified                 1
     (@@USPS Certified Mail #)      $3.35
     (70161370000113932000)
  Dorothy Height            40
     (Unit Price:$0.49)            $19.60
  Sarah Vaughan             2
     (Unit Price:$7.84)            $15.68

  Total                             $40.03

  Cash                              $40.03
```

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit USPS.com
USPS Tracking or call 1-800-222-1811.

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

***********************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting
cards available for purchase at select
Post Offices.



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

INDIANAPOLIS, IN 46241      OFFICIAL USE

| Certified Mail Fee | $3.35 | | |
|---|---|---|---|
| $ | | | 0001 |
| Extra Services & Fees (check box, add fee as appropriate) | | $0.00 | 04 |
| ☐ Return Receipt (hardcopy) | $ | $0.00 | |
| ☐ Return Receipt (electronic) | $ | $0.00 | |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 | Postmark |
| ☐ Adult Signature Required | $ | $0.00 | Here |
| ☐ Adult Signature Restricted Delivery | $ | | |
| Postage | $1.40 | | |
| $ | | | 03/08/2017 |
| Total Postage and Fees | $4.75 | | |
| $ | | | |

Sent To  Pepsi Co
Street and Apt. No., or PO Box No.  5858 Decatur Blvd
City, State, Zip+4  Indpls, IN 4624

7016 1370 0000 1139 3200 0

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

# USPS Tracking®

**Still Have Questions?**
Browse our FAQs ›



**Get Easy Tracking Updates ›**
Sign up for My **USPS.**

---

Tracking Number: **70161370000113932000**

Expected Delivery Day: Friday, March 10, 2017

## Product & Tracking Information

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™

## Available Actions

Text Updates

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| March 10, 2017 , 12:18 pm | Delivered, Left with Individual | INDIANAPOLIS, IN 46241 |

Your item was delivered to an individual at the address at 12:18 pm on March 10, 2017 in INDIANAPOLIS, IN 46241.

| | | |
|---|---|---|
| March 10, 2017 , 4:18 am | Departed USPS Facility | INDIANAPOLIS, IN 46206 |
| March 8, 2017 , 9:58 pm | Arrived at USPS Facility | INDIANAPOLIS, IN 46206 |
| March 8, 2017 , 7:34 pm | Departed Post Office | INDIANAPOLIS, IN 46206 |
| March 8, 2017 , 4:46 pm | Acceptance | INDIANAPOLIS, IN 46206 |

## Track Another Package

Tracking (or receipt) number

Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

Sign up for My USPS ›



**HELPFUL LINKS**
Contact Us
Site Index
FAQs

**ON ABOUT.USPS.COM**
About USPS Home
Newsroom
USPS Service Updates
Forms & Publications
Government Services
Careers

**OTHER USPS SITES**
Business Customer Gateway
Postal Inspectors
Inspector General
Postal Explorer
National Postal Museum
Resources for Developers

**LEGAL INFORMATION**
Privacy Policy
Terms of Use
FOIA
No FEAR Act EEO Data

Copyright © 2017 USPS. All Rights Reserved.